**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08cr86-003LAC |
| | ) | |
| ALREK BUSINESS SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO TERMINATE PROBATION**

Defendant Alrek Business Solutions, Inc. ("Alrek" or the "Company") respectfully petitions the Court to terminate the Company's probation.  On September 16, 2008, Alrek pled guilty to one count of conspiracy to commit visa fraud and one count of conspiracy to commit money laundering.  Before the plea, Alrek accepted responsibility for its mistakes, made a full disclosure to the government of the facts and circumstances relating to the government's investigation, and cooperated with the government's investigation of Alrek and third parties.

At Alrek's sentencing hearing, the Court sentenced Alrek to a two-year term of probation but indicated that it would be willing to entertain a motion to terminate Alrek's probation one year after the sentencing.  The government stated that it had no objection to the Court's ruling.

The Company has been under probation for more than eighteen (18) months of the 24-month term the Court imposed.  During that time, Alrek has complied fully with the terms of its probation.  The Company promptly paid its fine and has complied with the other terms of sentence.  The Company has implemented an effective Compliance and Ethics Program at all of its operations.  A company representative has attended all appropriate meetings with the

Company's probation officer.  The Company has continued to assist in the government's investigation of third parties.  The Company has not been charged with any subsequent offense.

For the foregoing reasons, Alrek petitions the Court to terminate its probation and close this case.  Alrek has conferred with the U.S. Attorney's Office and its probation officer about this motion.  The U.S. Attorney's Office and Alrek's probation officer have advised that they do not object to this motion.

Respectfully submitted,

BY: _____ */s/ Jay T. Jorgensen*_____
Jay T. Jorgensen
jjorgensen@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC  20005
Tel: (202) 736-8020
Fax: (202) 736-8711
**Counsel for Defendant, Alrek Business
Solutions, Inc., f/k/a Aldon Business
Solutions, Inc.**

## CERTIFICATE OF SERVICE

I certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the parties of

record, including:

| | |
|---|---|
| Stephen P. Preisser<br>Tiffany H. Eggers<br>Assistant United States Attorneys<br>21 E. Garden Street, Ste. 400<br>Pensacola, FL  32502<br>Counsel for the United States of America | Nishay K. Sanan<br>327 S. Plymouth Ct., Ste. 201<br>Chicago, IL 60604<br>Counsel for Defendant Ravinder Bandari |
| William B. Richbourg<br>700 N. 9th Avenue, Ste. A<br>Pensacola, FL  32501<br>Counsel for Defendants Sharada and Rajender Nandyala | Robert A. Dennis, Jr.<br>3 W. Garden St., Ste. 200<br>Pensacola, FL 32502<br>Counsel for Defendant Amardeep Cherlapalli |
| Clinton A. Couch<br>Clinton A. Couch, P.A.<br>3 W. Garden St., Ste. 707<br>Pensacola, FL 32502<br>Counsel for Defendant Ramana Suraneni | Shelley G. Reynolds<br>3 W. Garden St., Ste. 718<br>Pensacola, FL 32502<br>Counsel for Defendant Madhusudhan Koduru |
| Kenneth R. Ridlehoover<br>Eddins & Ridlehoover<br>900 N. Palafox St.<br>PO Box 12291<br>Pensacola, FL 32591<br>Counsel for Defendant Ramakrishna Kalvakunila | Thomas S. Keith<br>3 W. Garden St., Ste. 200<br>Pensacola, FL 32502<br>Counsel for Defendant Asif Mohamad |
| Elizabeth A. Amod<br>700 S. Palafox St., Ste. 210<br>Pensacola, FL 32502<br>Counsel for Defendant Ravinder Bandari | Paul M. Brayman<br>727 S. Dearborn St., Ste. 712<br>Chicago, IL 60605<br>Counsel for Defendant Vardharaj Bandari |
| Ronald W. Johnson<br>438 E. Government St.<br>PO Box 12686 [32591-2686]<br>Pensacola, FL 32502<br>Counsel for Defendant Venkat Aelogonda | David Barnett Weinstein<br>Greenberg Traurig<br>Courthouse Plaza<br>Suite 100<br>625 East Twiggs Street<br>Tampa, FL 33602 |

| Sean Patrick Cronin<br>Greenberg Traurig<br>Courthouse Plaza<br>Suite 100<br>625 East Twiggs Street<br>Tampa, FL 33602 | |

_/s/ Jay T. Jorgensen_____
Jay T. Jorgensen
jjorgensen@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC  20005
Tel: (202) 736-8020
Fax: (202) 736-8711
**Counsel for Defendant, Alrek Business
Solutions, Inc., f/k/a Aldon Business
Solutions, Inc.**

DC1 1810304v.1