NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:08CR86-003/LAC

ALREK BUSINESS SOLUTIONS, INC.,
f/k/a Aldon Business Solutions, Inc.

On February 10, 2009 the above-named was placed on Probation for a period of 2 years. Alrek Business Solutions, Inc., has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Alrek Business Solutions, Inc., be discharged from Probation.

Respectfully submitted,

Larry J. Gibbs
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 19th day of August, 2010.

Honorable Lacey A. Collier
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FL

10 AUG 19 PM 11:09

RECEIVED